

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00167-CV

David **WILDBERGER,** Brenda Wildberger, Shane Boerner, Glenda Boerner, Cara Whitaker, Shane Whitaker, Michael Rowland and Sherrie Rowland,
Appellant

v.

Nelda **GOSS,** Melvin Hoffower, Jennifer Michael, Jane Garrett, and Big Sky Ranch Property Owners Association,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16199B
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed in this court on March 23, 2017. Appellant's filing fee was due on April 3, 2017; however, to this date, appellant has not paid the $215 filing fee nor made any showing that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant has also failed to file a docketing statement.

It is therefore ORDERED appellant show cause in writing on or before May 5, 2017, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to pay the filing fee or respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

_____
Keith E. Hottle
Clerk of Court